UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MIDDENDORF,

Plaintiff,

v.                                                                    CASE NO. 8:18-cv-01341-MSS-CPT

CITIGROUP, INC., a/k/a CITIBANK, N.A.,

Defendant.
_____/

**JOINT MOTION TO STAY CASE AND COMPEL ARBITRATION**

Plaintiff, Linda Middendorf ("Plaintiff"), and Defendant, Citibank N.A. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint motion to stay the case and compel arbitration, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Defendant on or about April 30, 2018. *See* Doc. 2, Complaint.

2. The Parties have agreed to arbitrate all of the claims in this case pursuant to the written arbitration agreement, a copy of which is attached hereto as *Exhibit A*.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as *Exhibit B,* which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

4. Pursuant to Local Rule 3.01(g), Defendant's counsel certifies that the Parties' attorneys have conferred and agreed to the relief sought.

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Order attached hereto as *Exhibit B.*

45675225;1

Respectfully submitted,

*/s/ Eva M. Donohue*
Eva M. Donohue
Florida Bar No: 576581
PO Box 5074
Lakeland, FL 33807
info@emdlawfirm.com
863-687-6400
*Attorney for Plaintiff*

*/s/ Sarah R. Craig*
Sarah R. Craig
Florida Bar No.: 99359
AKERMAN LLP
sadie.craig@akerman.com
caren.collier@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida 33602
Phone: 813-223-7333
Fax: 813-218-5410

and

Jacob A. Brown
Florida Bar No. 0170038
jacob.brown@akerman.com
Jessica.gibson@akerman.com
jennifer.meehan@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
*Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been filed via CM/ECF electronic filing system on July 2, 2018, and thereby served upon counsel of record.

*/s/ Sarah R. Craig*
Attorney

2

45675225;1