UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA MIDDENDORF,

    Plaintiff,

v.                                   Case No: 8:18-cv-1341-MSS-CPT

CITIGROUP, INC.,

    Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion to Stay Case and Compel Arbitration. (Dkt. 11)  The Parties state that they "have agreed to arbitrate all of the clams in this case pursuant to the written arbitration agreement" between them. (Id. at ¶2)  Thus, the Parties request that the Court compel arbitration and stay this action pending the arbitration. (Id. at ¶3)

In light of the Parties' stipulation, the Court **GRANTS** the Parties' Joint Motion to Stay Case and Compel Arbitration. (Dkt. 11)  The Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration.  The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case.  The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of July, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person